# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0041
_____

BETH WRIGHT,

Appellant,

v.

THE HEALTHY START COALITION
OF FLAGLER & VOLUSIA
COUNTIES, INC./ASCENDANT
CLAIMS SERVICES,

Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Wilbur W. Anderson, Judge.

Date of Accident: January 29, 2021.


August 9, 2024

PER CURIAM.

AFFIRMED.

ROBERTS, WINOKUR, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Beth Wright, pro se, Appellant.

Kimberly J. Fernandes of Kelley Kronenberg, P.A., Tallahassee, for Appellees.